

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-14-00111-CV

**IN RE ESTATE OF** Gilbert M. **DENMAN**, Jr., Deceased

From the Probate Court No. 1, Bexar County, Texas
Trial Court No. 2004-PC-1687-D
Honorable Polly Jackson Spencer, Judge Presiding

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
             Karen Angelini, Justice
             Luz Elena D. Chapa, Justice

Delivered and Filed:  September 17, 2014

MOTION TO DISMISS GRANTED; DISMISSED

Appellant, Wendel Denman Thuss, has filed a motion to dismiss this appeal. We grant the motion. *See* TEX. R. APP. P. 42.1(a)(1). Because the motion does not disclose an agreement of the parties regarding the assessment of costs, we order all costs assessed against appellant. *See* TEX. R. APP. P. 42.1(d) (absent agreement of the parties, costs are taxed against appellant).

PER CURIAM